## UNITED STATES BANKRUPCTY COURT
### District of New Jersey

| | | | |
|---|---|---|---|
| In re:  Heather Shepherd, | ) | | |
| | ) | | |
| Debtor. | ) | Case No.: | 18-13180 |
| | ) | | |
| THERESA GRABOWSKI, | ) | Chapter | 7 |
| | ) | | |
| Plaintiff/Creditor, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | Adv. Proc. | 18-01239 |
| HEATHER SHEPHERD, | ) | | |
| | ) | | |
| Defendant/Debtor. | ) | | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

Plaintiff respectfully requests that you kindly enter judgment by default against the Defendant/Debtor, HEATHER SHEPHERD, in the above-entitled adversary action.

Reliance will be placed upon the attached Certification of Andrew T. Cupit, Esq. as well as the Exhibits annexed thereto.

Dated: July 27, 2018

LAW OFFICES OF ANDREW T. CUPIT

By: _____
Andrew T. Cupit, Esq.
Attorney for Plaintiff/Creditor
Theresa Grabowski

## UNITED STATES BANKRUPCTY COURT
### District of New Jersey

In re:   Heather Shepherd,                    )
                                              )
                          Debtor.             )        Case No.:      18-13180
                                              )
THERESA GRABOWSKI,                            )        Chapter        7
                                              )
            Plaintiff/Creditor,               )
                                              )
            v.                                )
                                              )        Adv. Proc.
HEATHER SHEPHERD,                             )
                                              )
            Defendant/Debtor.                 )

Andrew T. Cupit, Esq., by way of Certification in Lieu of Affidavit, in support of

Plaintiff/Creditor's Request for Entry of Default against Defendant/Debtor, says:

1.      I am an attorney admitted to practice law before the United States Bankruptcy

Court for the District of New Jersey.

2.      I am the attorney of record for the Plaintiff/Creditor, Theresa Grabowski, in the

above-entitled action.

3.      I make this certification in connection with the Plaintiff's request for entry of

default against the Defendant/Debtor, Heather Shepherd, in the above-entitled action and in

compliance with D.N.J. LBR 7055-1.

4.      The Defendant/Debtor, Heather Shepherd, was initially served with a Summons

and Complaint in this action on May 16, 2018, by regular mail and ECF upon the said

defendant/debtor's counsel at 1170 Delsea Drive, Suite 103, Westville, New Jersey (*see* initial

Certificate of Service annexed hereto).

5.      On May 26, 2018, this office forwarded counsel for the said Defendant, a copy of the adversary complaint to his revised address of 591 Mantua Boulevard, Suite 200, Sewell, New Jersey (*see* Certificate of Service, annexed hereto).

6.      The time for the Defendant/Debtor to answer or otherwise move as to the complaint has expired and has not been extended.

7.      No answer has been received from or filed by or on behalf of the Defendant/Debtor to this action, and no request for an extension of time to answer the complaint has been received from the Defendant/Debtor hereto.

8.      This request and certification for entry of default under N.J. LBR 7055-1 are made pursuant to the requirements of said rule.

I am aware that if any statements contained therein are willfully false, I am subject to punishment.

Andrew T. Cupit, Esq.

Dated:    July 27, 2018