UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Plaintiff(s)

vs.

Defendant(s)

Case No.: _____

Adv. No.: _____

Chapter: _____

Judge: _____

**ENTRY OF DEFAULT**

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: _____    JEANNE A. NAUGHTON, Clerk

BY: _____
Deputy Clerk

*rev.1/9/17*