Hearing Date: September 18, 2018

**UNITED STATES BANKRUPCTY COURT**
**District of New Jersey**
Law Offices of Andrew T. Cupit
1 Eves Drive, Suite 111
Marlton, NJ 08053
856-783-5680
By:    Andrew T. Cupit, Esq. (AC9740)
Counsel for Plaintiff, Theresa Grabowski
atcupit@cupitlaw.com

| | |
|---|---|
| In re:   Heather Shepherd,                    ) | |
| ) | |
| Debtor.    ) | Case No.:    18-13180 |
| ) | |
| THERESA GRABOWSKI,    ) | Chapter    7 |
| ) | |
| Plaintiff/Creditor,    ) | |
| ) | |
| v.    ) | |
| ) | Adv. Proc.    18-01239 |
| HEATHER SHEPHERD,    ) | |
| ) | |
| Defendant/Debtor.    ) | Hon. Jerrold N. Poslusny, Jr. |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE,** that on September 18, 2018 at 2:00 p.m. or as soon thereafter as counsel can be heard, the above adversary Plaintiff, THERESA GRABOWSKI, by and through her attorney, the Law Offices of Andrew T. Cupit will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, United States Bankruptcy Court, 401 Market Street, Courtroom 4C, Camden, New Jersey, seeking the entry of a judgment by default against the Defendant/Debtor, Heather Shepherd, in the above adversary action.

**PLEASE TAKE FURTHER NOTICE,** Objections to the Plaintiff's application shall be filed as follows: (a)(i) through the Bankruptcy Court's electronic filing system which may be accessed through the Internet at the Bankruptcy Court's website; (ii) in portable document

1

format (.pdf) using Adobe Exchange software for conversion; (b) if a party is unable to file electronically such party shall submit the objection in .pdf format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use .pdf format, such party shall submit the objection on a diskette in either Word, WordPerfect or DOS test (ASCII) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph shall be hand-delivered directly to the Chambers of the Honorable Jerrold N. Poslusny, Jr., and a hard copy shall be served upon Plaintiff's counsel, Law Offices of Cupit & Rogers, LLP, 1 Eves Drive, Suite 111, Marlton, New Jersey 08053, Joseph Marchand, the Chapter 7 Trustee assigned to this matter at 117 West Broad Street, Suite 119, Bridgeton, New Jersey 08302, and filed with the Clerk of the Bankruptcy Court with a copy to chambers on or before September 11, 2018.

Dated: August 17, 2018

LAW OFFICES OF ANDREW T. CUPIT

By:     Andrew T. Cupit (AC9740)
Attorney for Plaintiff
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(856)783-5680