**UNITED STATES BANKRUPCTY COURT**
**District of New Jersey**

Law Offices of Andrew T. Cupit
1 Eves Drive, Suite 111
Marlton, NJ 08053
856-783-5680
By:    Andrew T. Cupit, Esq. (AC9740)
Counsel for Plaintiff, Theresa Grabowski
atcupit@cupitlaw.com

| | |
|---|---|
| In re:   Heather Shepherd, )<br><br>Debtor. )<br>)<br>THERESA GRABOWSKI, )<br>)<br>Plaintiff/Creditor, )<br>)<br>vi. )<br>)<br>HEATHER SHEPHERD, )<br>)<br>Defendant/Debtor. ) | Case No.:    18-13180<br><br>Chapter    7<br><br><br><br>Adv. Proc.    18-01239<br><br><br>Hon. Jerrold N. Poslusny, Jr. |

### AFFIRMATION IN SUPPORT OF MOTION

Andrew T. Cupit, an attorney admitted to practice law before the United States Courts for the District of New Jersey, affirms the following under the penalties of perjury:

1.    That I am a partner of the law firm of LAW OFFICES OF ANDREW T. CUPIT, the attorney of record for the Adversary Plaintiff, THREESA GRABOWSKI, and as such am conversant with the facts and circumstances herein based upon a review of the Court's file and information presented by the debtor.

2.    I make this certification in connection with Plaintiff's motion for an order granting judgment by default as against the defendant for failure to answer or plead within the time permitted under the court rules.

1

3.     Plaintiff instituted this action in the Superior Court, Camden County on or about March 6, 2017, to recover money from the debtor for services rendered under a number of theories of recovery.

4.     Defendant/debtor sought protection from the said collection under Chapter 7 of the bankruptcy with the filing of her petition in bankruptcy on or about February 19, 2018.

5.     Plaintiff filed this adversary action on or about May 15, 2018.  Defendant/debtor was served with a copy of the Adversary Complaint through her counsel of record on May 16, 2018 and again on May 26 (*see* Certificates of Service annexed hereto collectively as part of Exhibit "A").

6.     The time to answer or otherwise move with respect to the Adversary Complaint having expired, and no request for an extension having been sought or granted, on or about July 27, 2018, Plaintiff requested that default be entered against defendant/debtor (*see* Exhibit "A"). Such request was granted and default was thereafter entered by the Court.

7.     Despite the filing and service of the aforementioned request for default, no request for extension or motion with respect to same has been made.

8.     Accordingly, Plaintiff respectfully requests the entry of a Judgment by Default against the defendant/debtor declaring and adjudging her debt to Plaintiff to be non-dischargeable and permitting Plaintiff to seek to enforce and collect against same.

9.     For the foregoing reasons, it is respectfully requested that this Honorable Court grant the relief requested herein.

## CONCLUSION

Based upon the foregoing, it is respectfully requested that this Honorable Court grant Plaintiff's motion in its entirety, and that such other and further relief be granted Plaintiff as this Court deems to be just, proper and appropriate.

**LAW OFFICES OF ANDREW T. CUPIT**

By: _____
Andrew T. Cupit, Esq.
*Attorney for Plaintiff*

Dated: August 17, 2018

3